new trial ordered, costs to abide the event, on the ground that no proof of notice of dishonor was given, as required by statute.* No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

The Bank of Port Jefferson, Respondent, v. Mary A. Darling, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ., concurred.

Howard J. M. Cardeza and Others, Composing the Copartnership of Cardeza, Gilliams & Company, Appellants, v. William E. S. Griswold, as Trustee in Bankruptcy of John Osborn's Sons & Co., Respondent, Impleaded with Others.— Judgment, so far as appealed from, affirmed, with costs. No opinion. Hirschberg, P. J., Jenks, Hooker, Rich and Miller, JJ., concurred.

James M. Connelly, Respondent v. I. Henry Harris, Appellant.— Judgment of the Municipal Court reversed on the facts and new trial ordered, costs to abide the event. No opinion. Jenks, Hooker, Gaynor and Rich, JJ., concurred; Miller J., dissented.

Dirce Cornwell, by Frank W. Cornwell, Her Guardian ad Litem, Respondent, v. The East Rockaway Fire Department, Appellant.— The motion to set aside the nominal verdict, made on behalf of the defendant, was an inadvertence and unauthorized. The order is reversed, with ten dollars costs and disbursements, and the motion granted, without costs, this without prejudice to the right of the plaintiff to move for a new trial upon the minutes, if so advised. Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ., concurred.

Esther E. Daly, Respondent, v. Frederick W. Kister, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Gregorio Di Lorenzo, Respondent, v. Johanna Di Lorenzo. Appellant.— Order affirmed, without costs, upon the opinion of Mr. Justice Wilmot M. Smith at Special Term. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

John B. Driscoll, Appellant, v. New York and Queens County Railway Company, Respondent.— Judgment and order of the County Court of Queens county unanimously affirmed, with costs. No opinion. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Thomas Finucan, Appellant, v. Thomas T. Ramsden and Others, Respondents. — Judgment and order affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

First National Bank of the City of Brooklyn, Respondent, v. Helen M. Gridley, Appellant, Impleaded with Charles M. Coburn and Others. — Reargument ordered, and case set down for Tuesday, March 13, 1906.

Robert Gwynne, Jr., Appellant, v. Altonwood Park Company of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Jenks and Rich, JJ., concurred.

E. Alexander Hand, Respondent, v. George W. Egbert, Appellant.— Judgment and order of the County Court of Kings county affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Emil A. Hodes, Respondent, v. The City of New York, Appellant.— Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Gaynor, JJ.

Elizabeth Hobby, Individually and as Executrix, etc., of Benjamin F. Hobby, Deceased, Respondent, v. Clinton D. Burdick, Appellant. Interlocutory judgment affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Isaac McMunn Holly, Respondent, v. David Grinberg and Adolph Morris, Doing Business under the Name and Style of the Manhattan Storage Company, Appellants.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

In the Matter of the Probate of the Last Will and Testament of James Stanley Conner, Deceased. Peter T. Longworth and Others, Appellants; William H. Wray, as Executor, etc., of James Stanley Conner, Deceased, and Susan Leonard, Respondents.— Decree of the Surrogate's Court of Kings county affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ., concurred.

* See Neg. Inst. Law (Laws of 1897, chap. 612), § 160 et seq.— [REP.